UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:14 CR 15 (RNC) |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL GOTTA | ) | SEPTEMBER 18, 2015 |

## SPEEDY TRIAL WAIVER

I, Paul Gotta, the Defendant in the above captioned case, hereby waive my right to a speedy trial during the time period of October 13, 2015 up to and including December 8, 2015. In support of this waiver, I represent that:

1. I have been informed of my right to a speedy trial under the Speedy Trial Act of 1974, 18 U.S.C. § 3161.

2. I am represented by counsel.

3. I understand that my attorney has filed a motion requesting that the Court extend the deadlines and trial date set forth in the Scheduling Order.

4. I understand that my attorney requested this additional time in order to coordinate my defense in the instant matter with my defense in the pending state criminal matter, and to enable the state criminal matter to go to trial before the instant federal matter.

5. I understand that by signing this Waiver, the time requested by my attorney's motion will be excluded from the calculation of my right to a speedy trial under the Speedy Trial Act of 1974.

6. I have read this Speedy Trial Waiver and I was able to understand it without difficulty, and any questions that I had regarding this Waiver were answered to my satisfaction.

7.     I request that the Court find that the ends of justice is served by extending the deadlines set forth in the Scheduling Order outweigh the best interests of me and the public in a speedy trial.

DEFENDANT,

*/s/ Paul Gotta*
PAUL GOTTA

HIS ATTORNEY,

*/s/ Moira Buckley*
MOIRA L. BUCKLEY
Federal Bar No. ct18803
The Law Office of Moira Buckley, LLC
P.O. Box 424
Marlborough, CT 06447
Telephone (860) 724-1325
Facsimile (860) 471-8334
mbuckley@mbuckleylaw.com

## Certificate of Service

I hereby certify that on September 18, 2015 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Moira L. Buckley
Federal Bar No. ct18803
The Law Office of Moira Buckley, LLC
55 Oak Street, Suite 4
Hartford, CT 06106
Telephone (860) 724-1325
Facsimile (860) 471-8334
mbuckley@mbuckleylaw.com